NUMBER 13-02-665-CR

 

                             COURT OF APPEALS

 

                   THIRTEENTH DISTRICT OF TEXAS

 

                                CORPUS CHRISTI

____________________________________________________________________

 

JOSE
CAVAZOS A/K/A BLAS CAVAZOS,                                Appellant,

 

                                                   v.

 

THE STATE OF TEXAS,                                                          Appellee.

_____________________________________________________________________

 

                        On appeal from the 107th District Court 

                                  of Willacy County, Texas.

___________________________________________________________________

 

                          MEMORANDUM OPINION

 

                      Before Justices
Rodriguez, Castillo, and Garza

                                       Opinion Per Curiam

 








Appellant, JOSE
CAVAZOS A/K/A BLAS CAVAZOS, attempted to perfect an appeal from a judgment
entered by the 107th District Court of Willacy
County, Texas.  Sentence in this cause
was imposed on July 19, 2002. 
A timely motion for new trial was filed on August 15, 2002.   The notice of appeal was due to be filed on October 17, 2002, but was not filed until October 31,
2002.   Said notice of appeal is
untimely filed. 

Tex. R. App. P. 26.3
provides that the court of appeals may grant an extension of time for filing
notice of appeal if such notice is filed within  fifteen days of the last day allowed
and within the same period a motion is filed in the court of appeals reasonably
explaining the need for such extension. 
Appellant failed to file his notice of appeal and a motion requesting an
extension of time within such period. 

The Court, having
considered the documents on file and appellant's failure to timely perfect his
appeal, is of the opinion that the appeal should be dismissed for want of
jurisdiction.  The appeal is hereby
DISMISSED FOR WANT OF JURISDICTION.

PER CURIAM

Do not publish.

Tex. R. App. P.
47.2(b).

Opinion delivered and filed this

the 9th
day of January, 2003.